<partyblock>

The People of the State of New York, Respondent,

against

Ousmane Sow, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Anthony J. Ferrara, J.), rendered April 10, 2014, convicting him, upon his plea of guilty, of unlicensed general vending, and imposing sentence.

Per Curiam.

Judgment of conviction (Anthony J. Ferrara, J.), rendered April 10, 2014, affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (see People v Prochilo, 41 NY2d 759, 761 [1977]; People v Martin, 112 AD3d 453, 454 [2013]). The arresting officer's observations of the defendant at the corner of Canal Street and Broadway, standing behind a sheet on the ground upon which assorted handbags were displayed, lifting a bag and showing it to a group of passersby who engaged him in conversation, concealing the merchandise when he saw a marked police vehicle pass, and failing to display or produce a vendor's license (see New York City Administrative Code  20-461[b], 20-474.3[a]), established probable cause for defendant's arrest (see People v Dunbar, 72 AD3d 566 [2010], lv denied 15 NY3d 804 [2010]; see People v Lewis, 50 AD3d 595 [2008], lv denied 11 NY3d 790 [2008]) and seizure of the merchandise defendant sought to conceal in the sheet.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: April 11, 2018

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>